MEGAN RACHOW
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 771-2022
FAX: (406) 453-9973
Email: megan.rachow@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

JUN 0 3 2026

Clerk, U.S. District Court
District of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **LARS INGE MIKKELSEN,** **Defendant.** | CR 26-42-GF-BMM **INDICTMENT** **ABUSIVE SEXUAL CONTACT** Title 18 U.S.C. §§ 1152, 2244(a)(5) (Penalty: Life imprisonment, $250,000 fine, and five years of supervised release) |

THE GRAND JURY CHARGES:

That beginning in or about 2024 and ending on or before July 18, 2025, at Brockton, in Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, LARS INGE MIKKELSEN, knowingly engaged in sexual contact

1

with Jane Doe, an Indian person, and Jane Doe was under the age of 12 years old at the time of the sexual contact, in violation of 18 U.S.C. §§ 1152 and 2244(a)(5).

A TRUE BILL.

Foreperson Signature Redacted Original Document Filed Under Seal

FOREPERSON

MARK STEGER SMITH
Acting United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney